**In the Matter of Gerald S. SUSMAN.**

**No. 522 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 10, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 10th day of May, 1999, the Petition to Temporarily Suspend an

Attorney is granted and, pursuant to Rule 214, Pa.R.D.E., Gerald S. Susman is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.